UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
AMANDA AJULUCHUKU,              ) 1:05-CV-00475-OWW-SMS
                                )
            Plaintiff,          ) ORDER ADOPTING FINDINGS AND
                                ) RECOMMENDATIONS (DOC. 4)
                                )
     v.                         )
                                )
IRS,                            )
            Defendant.          )
                                )
_____)
```

    Plaintiff is proceeding pro se and in forma pauperis with an action alleging violation of her civil rights pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. On April 13, 2005, Magistrate Judge Dennis L. Beck filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it was legally frivolous. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on April 13, 2005.

    On April 21 and 22, 2005, Plaintiff filed objections to the findings and recommendations. The undersigned has considered the

1

1  objections and has determined there is no need to modify the
2  findings and recommendations based on the points raised in the
3  objections.
4     In accordance with the provisions of 28 U.S.C. § 636
5  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
6  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
7  review of the case. Having carefully reviewed the entire file,
8  the Court finds that the findings and recommendation are
9  supported by the record and proper analysis.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1. The findings and recommendations filed April 13, 2005,
12 are ADOPTED IN FULL; and
13    2. The action IS DISMISSED for failure to state a claim upon
14 which relief may be granted; and
15    3. The Clerk of Court IS DIRECTED to close this action
because this order terminates the action in its entirety. IT IS SO
16 ORDERED.
17 Emm0d6 **Dated:   May 2, 2005**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE